# United States Court of Appeals for the Federal Circuit

---

**JAMES R. RUDISILL,**

*Claimant-Appellee*

v.

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellant*

---

2020-1637

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-4134, Senior Judge Mary J. Schoelen, Judge Michael P. Allen, Chief Judge Margaret C. Bartley.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered June 4, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

June 18, 2024
Date

Jarrett B. Perlow
Clerk of Court